IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FANSTEEL INC., ET AL.,[1] ) | |
| ) | |
| Fansteel Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-458 (JJF) |
| ) | |
| v ) | |
| ) | |
| Boquet Tool & Die Company, ) | |
| ) | Adversary Case No. 04-51116 |
| Defendant ) | Bankruptcy Case No. 02-10109 (JJF) |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 7th day of March 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF DISMISSAL WITH PREJUDICE OF COMPLAINT**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

27311-002\DOCS_DE:105972.1

SERVICE LIST FOR
BOQUET TOOL & DIE COMPANY INC.

*Hand Delivery*
(Counsel for Boquet Tool & Die Company Inc.)
Chris Simon, Esquire
Cross & Simon, LLC
913 North Market Street
Suite 1001
P.O. Box 1380
Wilmington, DE 19899

*First Class Mail*
(Counsel for Boquet Tool & Die Company Inc.)
Robert H. Slone, Esquire
Mahady & Mahady
223 S. Maple Avenue
Greensburg, PA 15601

Fansteel Service List for Settlements Adversaries
Document No. 95271
01 – Hand Delivery
04 – First Class mail

*Hand Delivery*
David Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*First Class Mail*
(Debtors)
Michael McEntee, CFO
Fansteel Inc.
One Tantalum Place
North Chicago, IL 60064

*First Class Mail*
(Counsel for Debtors)
David J. Ciminesi, Esquire
Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
(Counsel for the Committee of Unsecured Creditor)
Frances Gecker, Esquire
Frank/Gecker LLP
325 North Lasalle Street
Suite 625
Chicago, Illinois 60602

*First Class Mail*
(Counsel for Fansteel, Inc.)
Jason S. Pomerantz, Esquire
Steven J. Kahn, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100